

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES RANDALL DOWNS, | § | No. 08-23-00275-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| THE STATE OF TEXAS, | § | of Ward County, Texas |
| Appellee. | § | (TC# 08-05-04962-CRW) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of jurisdiction. Finding that Appellant James Randall Downs did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction.

Appellant filed his notice of appeal in this Court on November 3, 2023, wherein he indicated he sought to appeal the judgment of conviction rendered against him in trial court cause number 08-05-04962-CRW. The judgment of conviction, which he now seeks to appeal, reflects that sentence was imposed on January 28, 2009. On November 3, 2023, the Clerk of this Court sent Appellant a letter notifying him that it appeared to the Court that the notice of appeal was not timely perfected. The letter further gave notice of our intention to dismiss the appeal for want of jurisdiction, after ten days, unless grounds were shown for the Court to continue the appeal. As of

the date of this opinion, more than ten days have passed, and Appellant has not filed a response to our notice.

The notice of appeal was not timely filed, meaning that this Court does not have jurisdiction to entertain a direct appeal from his conviction at this point in time. *See* TEX. R. APP. P. 26.2(a) (requiring the filing of a notice of appeal within 30 days after a sentence is imposed in open court). To the extent Appellant is requesting the remedy of an out-of-time appeal, only the Texas Court of Criminal Appeals has jurisdiction to grant Appellant an out-of-time appeal. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (en banc) (explaining that writ of habeas corpus pursuant to Article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals).

Accordingly, we dismiss this appeal for want of jurisdiction.

GINA M. PALAFOX, Justice

November 21, 2023

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)